# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

LUISA CAMP,

        Plaintiff,

    v.

UR JADDOU, *Director, U.S. Citizenship and Immigration Services, Washington, D.C.*; and RICHARD MURRAY, *Field Office Director U.S. Citizenship and Immigration Services Minneapolis, MN,*

        Defendants.

Civil No. 22- 1026 (JRT/BRT)

**ORDER**

---

Marc Prokosch, **PROKOSCH LAW LLC,** 1700 West Highway 36, Suite 570, Roseville, MN 55113, for plaintiff.

David Fuller, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 600 U.S Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Sarah Tate Chambers, **DEPARTMENT OF JUSTICE,** Post Office Box 868, Ben Franklin Station, Washington, DC 20044 for defendants.

The parties filed a stipulation to remand this case on August 12, 2022. (ECF No. 20) Based on a review of the file, record, and proceedings herein and pursuant to the parties' Stipulation to Remand:

1. This case is **REMANDED** to USCIS to issue its decision on Plaintiff's N-400 Application;

2. USCIS shall issue its decision on the N-400 Application within 21 days of this Order;

3. This case shall be **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs, disbursements, and attorney's fees.

DATED: September 1, 2022
at Minneapolis, Minnesota.

                                  _s/John R. Tunheim_____

                                    JOHN R. TUNHEIM
                                    United States District Court